**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS ADDISON, and                                                    PLAINTIFFS
DONALD HAVENS

v.                                          3:15CV00385-DPM-JTK

LIZ WABOR, et al.                                                        DEFENDANTS

<u>**ORDER**</u>

Plaintiffs are inmates who filed a Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983.

However, only Plaintiff Addison filed a Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (<u>IFP</u>) (Doc. No. 1).

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil

action <u>in</u> <u>forma</u> <u>pauperis</u> still must pay the full statutory filing fee of $350.  28 U.S.C. § 1915(b)(1).

The only question is whether a prisoner will pay the entire filing fee at the initiation of the

proceeding or in installments over a period of time.  <u>Ashley v. Dilworth</u>, 147 F.3d 715, 716 (8th Cir.

1998).  Even if a prisoner is without assets and unable to pay an initial filing fee, he will be allowed

to proceed with his § 1983 claims and the filing fee will be collected by the Court in installments

from the prisoner's inmate trust account.  28 U.S.C. § 1915(b)(4).  **If the prisoner's case is**

**subsequently dismissed for any reason, including a determination that it is frivolous,**

**malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune**

**from such relief, the full amount of the $400 filing fee will be collected and no portion of this**

**filing fee will be refunded to the prisoner.**

The PLRA requires that Plaintiffs submit proper and complete Motions to Proceed <u>In</u> <u>Forma</u>

<u>Pauperis</u>, along with calculation sheets prepared and signed by an authorized officer of the detention

center.  Plaintiff Havens must submit, within thirty (30) days from entry of this Order, either: (1)

the statutory filing fee of $400; or (2) a proper and complete IFP Motion, **with the required**

1

**calculation sheets signed by an authorized official of the detention center at which he is confined**.  Accordingly,

IT IS THEREFORE ORDERED that Plaintiff Havens must submit either the $400 statutory filing fee or an In Forma Pauperis Motion within thirty days of the entry date of this Order.[1]

The Clerk is directed to send to Plaintiff Havens an In Forma Pauperis Motion, together with the filing fee calculation sheet.

IT IS SO ORDERED this 8th day of December, 2015.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1]

The Plaintiffs are hereby notified of their responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."