IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON, ADC #162451,
and DONALD HAVENS                                                    PLAINTIFFS

v.                             No. 3:15-cv-385-DPM

LIZ WABOR, Prosecuting Attorney, Poinsett
County; BARBARA HAILYS, Judge, Poinsett
County; LARRY MILLS, Sheriff, Poinsett County;
KEVIN MOLDER, Chief Deputy, Poinsett County;
CHRIS CRUIZE, CID, Poinsett County Detention
Center; and MISTY RICHSON                                            DEFENDANTS

## JUDGMENT

Addison and Havens's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 January 2016