## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION


JOHN EVAN PULLAM                                                          PLAINTIFF


V.                                3:15CV00085 DPM/JTR


ALLISON HUCKABEE, Jail Administrator; and
ROSEMARY FARMER, Nurse,
Greene County Detention Center                                          DEFENDANTS


## ORDER

Defendants have filed a Motion for Summary Judgment, a Brief in Support, and

a Statement of Undisputed Facts. *Docs. 29, 30, & 31*. Plaintiff must respond to that

Motion.

At the summary judgment stage, a plaintiff cannot rest upon mere allegations

and, instead, must meet proof with proof. *See* Fed. R. Civ. P. 56(e). This means that

Plaintiff's Response must include his legal arguments, as well as affidavits,[1] prison

records, or other evidence establishing that there is a genuine issue of material fact

that must be resolved at a hearing or trial.

Furthermore, pursuant to Local Rule 56.1, Plaintiff must *also separately* file

a Statement of Disputed Facts, which lists: (a) any disagreement he has with the

---

[1] The affidavit must be based upon the personal knowledge of the person executing the
affidavit *and must be either*: (1) sworn and subscribed to by a notary public; or (2) executed under
penalty of perjury, as provided for by 28 U.S.C. § 1746.

specifically numbered factual assertions in Defendants' Statement of Undisputed

Facts *(Doc.31);* and (b) any other disputed facts that he believes must be resolved at

a hearing or trial.[2]

Finally, Plaintiff is advised that if he intends to rely on documents that have

been previously filed in the record, he must specifically refer to those documents by

docket number, page, date, and heading.  The Court will not sift through the file to

find support for Plaintiff's factual contentions.  *See Crossley v. Georgia-Pacific,*

*Corp.*, 355 F.3d 1112, 1113-14 (8th Cir. 2004) (affirming the grant of summary

judgment because a plaintiff failed to properly refer to specific pages of the record

that supported his position).

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff must file, **on or before February 29, 2016,** a Response to

Defendants' Motion for Summary Judgment and a separate Statement of Disputed

Facts that comply with the Fed. R. Civ. P. 56, Local Rule 56.1, and the instructions

in this Order.

2.       Plaintiff is advised that the failure to timely and properly comply with

this Order will result in: (a) all of the facts in Defendants' summary judgment papers

---

[2] If Plaintiff disputes any of the facts in Defendants' Statement of Undisputed Facts, he *must identify* each numbered paragraph that contains the facts he disputes *and,* for each paragraph, explain *why* he disputes those facts.

being deemed admitted by Plaintiff, pursuant to Local Rule 56.1(c); or (b) the

dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 29th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE